IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID JONES,

                Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

ORDER

20-cv-590-wmc

---

Pursuant to a stipulation for remand (dkt. #21) filed by the parties on March 4, 2021, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 4th day of March, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge